IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

AUG 13 2020

Clerk U.S. District Court
Greensboro, NC
BY

UNITED STATES OF AMERICA    :
:
v.                  :        1:20CR 328 -1
:
MANUEL EFRAIN VALLADARES    :

The United States Attorney charges:

On or about November 8, 2016, in the County of Cabarrus, in the Middle District of North Carolina, MANUEL EFRAIN VALLADARES, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

_____
MATTHEW G.T. MARTIN
United States Attorney

_____
STEPHEN T. INMAN
Assistant United States Attorney